IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK JOSEPH DESALVO,
    Plaintiff,

vs.                               Case No.  3:11cv420/RV/CJK

PUBLIC DEFENDER'S OFFICE, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 20, 2011. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's federal claims are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.    Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE to plaintiff filing them in the appropriate state court.

4.     The clerk is directed to close the file.

DONE AND ORDERED this 20th day of October, 2011.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**